UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RASHON DUPREE, | : | |
| Plaintiff, | : | Civ. No. 22-7267 (RBK) (MJS) |
| v. | : | |
| SALEM COUNTY CORRECTIONAL FACILITY, et al., | : | **MEMORANDUM & ORDER** |
| Defendants. | : | |

Plaintiff was formerly incarcerated at the South Woods State Prison ("SWSP) in Bridgeton, New Jersey. On February 23, 2024, mail sent to Plaintiff was returned to this Court as undeliverable at Plaintiff's SWSP address as he had been paroled. Indeed, the New Jersey Department of Corrections online inmate locator confirms that Plaintiff has been paroled. *See https://www-doc.state.nj.us/DOC_Inmate/details?x=1574011&n=0* (last visited on May 30, 2024).

Plaintiff is now in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be administratively terminated at the present time.

Accordingly, IT IS on this 30th day of May, 2024,

ORDERED that by failing to provide the Court with his current address, Plaintiff has not complied with Local Civil Rule 10.1; and it is further

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this case as a result; and it is further

ORDERED that if Plaintiff updates his contact information and satisfies the appropriate Rules within thirty (30) days of the date of this memorandum and order, this Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this memorandum and order on Plaintiff by regular U.S mail at his last listed address of record.

s/ Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge